RECEIVED
OCT 17 2003
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
OCT 23 2003
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| MICHAEL T. DIAMOND, BRIAN DIAMOND, and BRAD DIAMOND, Individually and on behalf of MICHAEL A. DIAMOND, deceased | C.A. NO.: CV-03-0564 |
| | JUDGE: TRIMBLE |
| v. | |
| IMMUNEX CORPORATION, AMGEN, INC. WYETH, WYETH-AYERST LABORATORIES CO. AND/OR AMERICAN HOME PRODUCTS SUBSIDIARY HOLDING CORPORATION | MAGISTRATE: WILSON |

## JUDGMENT ~~ORDER~~ ON STIPULATION OF DISMISSAL

After considering Complainants' Stipulation to Dismiss, the court hereby GRANTS the motion and dismisses the case with prejudice.

SIGNED on October 2 3_____, 2003, at Lake Charles, Louisiana.

_____
U. S. DISTRICT JUDGE

JUDGMENT ENTERED
October 24, 2003
BY Lina L. Benoit
COPY  Bryson
      Farmer
      Sately
      Kidney
      Levine
      JTT 1R14
      JB

APPROVED & ENTRY REQUESTED:

_____
Cary B. Bryson

